## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **Joseph Carmen DiCaro** | ) | **Case No. 08-32682** |
| | ) | |
| Debtor. | ) | **Hon. John H. Squires** |
| | ) | |

### AMENDED NOTICE OF MOTION

To: Attached Service List

Please Be Advised that on August 6, 2009, at 9:30 a.m., Joseph Carmen DiCaro will appear by counsel before the Honorable John H. Squires or any judge presiding in his stead in Courtroom 680, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Application for Final Decree and Order of Substantial Consummation**, a copy of which is attached hereto.

                                          **Respectfully submitted,**
                                          **Joseph Carmen DiCaro**

                              BY:   /s/ Gregory J. Jordan
                                          One of His Attorneys

Gregory J. Jordan (ARDC# 6205510)
Apostol, Kowal & Jordan, Ltd.
200 South Wacker Drive, 32nd Floor
Chicago, Illinois 60606
(312) 854-7181 (Direct)
(312) 276-9285 (Facsimile)

## CERTIFICATE OF SERVICE

I, Gregory J. Jordan, certify that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the Application for Final Decree and Order of Substantial Consummation on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other persons on the attached service list, I caused a copy to be sent First Class Mail, as indicated, before 4:00 p.m. on July 30, 2009.

                                                                           /s/ Gregory J. Jordan

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 Proceeding |
| ) | |
| Joseph Carmen DiCaro ) | Case No. 08-32682 |
| ) | |
| Debtor. ) | Hon. John H. Squires |
| ) | |

### SERVICE LIST

Advocate Good Samaritan Hospital
3815 Highland Ave.
Downers Grove, IL 60515-1500

Athletico
709 Enterprise Dr.
Oak Brook, IL 60525

AT&T
PO Box 6428
Carol Stream, IL 60197-6428

AT&T Home
P.O. Box 8100
Aurora, IL 60507-8100

Roundup Funding LLC
MS 550
PO Box 91121
Seattle WA 98111-9221

Capital One
c/o TSYS Debt Management
PO Box 5155
Norcross GA 30091

Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St., #7-400
Chicago, IL 60601

Chase Home Finance LLC
c/o Christopher M. Brown
Pierce & Associates, P.C.
1 North Dearborn St., Ste 1300
Chicago IL 60602

Citibank
PO Box 688902
Des Moines, IA 50368-8902

ComEd Claims Department
4th Floor, Three Lincoln Center
Villa Park, IL 60181

Daniel Toner & Associates
100 W. Monroe St, Suite 2012
Chicago, IL 60606

Illinois Department of Revenue
PO Box 19475
Springfield IL 62794

Brian A. Press
Internal Revenue Service - Small Business-Self
Employed Business Division
Suite 2300
200 W. Adams St.
Chicago IL 60606

James Newbold
Assistant Attorney General
Revenue Litigation Bureau
Office of the Illinois Attorney General
69 West Washington Street - Suite 1800
Chicago, IL  60602

Mercantile Exchange
30 S. Wacker
Chicago, IL 60606

Nicor Gas
1844 Ferry Road 7W
Naperville, IL 60563

Quest Diagnostics
10101 Renner Blvd.
Lenexa, KS 66219

U.S Cellular
PO Box 0203
Palatine, IL 60055-0203

Loraine DiCaro
1305 Castlewood Ct
Lemont, IL 60439

MBNA America
PO Box 15137
Wilmington, DE 19886-5137

Planet Toyota
5540 Auto Court
Matteson, IL 60443

Chase
PO Box 659409
San Antonio, TX 78265

Capital One
PO Box 60024
City of Industry CA 91716-0024

Cameron M. Guilden
Office of the United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604